JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01191 DLJ |
| Plaintiff, ) | STIPULATION TO RESCHEDULE SENTENCING HEARING;  ORDER |
| v. ) | |
| EDWIN GARCIA-CHAVEZ, ) | |
| Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.    Defendant is currently scheduled to appear before this Court on July 23, 2010, for imposition of judgment and sentence.

     2.    The parties require additional time to evaluate the facts of the case and prepare their respective sentencing memoranda.  The parties therefore agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 10:00 a.m. on September 17, 2010.

3. The assigned United States Probation Officer is available on that date for sentencing.

IT IS SO STIPULATED.

DATE: July 19, 2010                               Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney


                                                  /s/
                                                  GARTH HIRE
                                                  Assistant United States Attorney

                                                  Attorneys for Plaintiff
                                                  UNITED STATES OF AMERICA


DATE: July 19, 2010                               /s/
                                                  RANDY SUE POLLOCK, ESQ.

                                                  Counsel for Edwin Garcia-Chavez

### ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled July 23, 2010, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 10:00 a.m. on September 17, 2010.

DATED:  July 20, 2010
                                                  HONORABLE D. LOWELL JENSEN
                                                  UNITED STATES DISTRICT JUDGE

2